**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00237-REB-PAC

JEFF PATRICK,

    Plaintiff,

v.

JACK DEAL, and
ALPHA-OMEGA ENTERPRISES,

    Defendants.

**ORDER REJECTING RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of the United States Magistrate Judge** [#35], filed November 16, 2006.  The magistrate judge recommends that plaintiff's motion to amend his complaint to add a claim of promissory estoppel be denied.  I respectfully reject the recommendation.

Pursuant to Fed.R.Civ.P. 15(a), leave to amend "shall be freely given when justice so requires."  Although it is arguable whether plaintiff could have sooner moved for leave to add a promissory estoppel claim, defendants will not be prejudiced by the addition of such a claim for relief, which is based on the same facts underlying the presently operative complaint.  Under the circumstances, I will exercise my discretion to permit amendment.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of the United States Magistrate Judge** [#35], filed November 16, 2006, is respectfully **REJECTED**;

2. That **Plaintiff Jeff Patrick's Second Motion for Leave to Amend Complaint, and for Acceptance of Contemporaneously-Filed Second Amended Complaint** [#27], filed October 31, 2006, is **GRANTED**; and

3. That **Plaintiff Jeff Patrick's Second Amended Complaint and Jury Demand** [#28], filed October 31, 2006, is **DEEMED FILED** as of October 31, 2006.

Dated December 18, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**