IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00237-REB-PAC

JEFF PATRICK,

    Plaintiff,

v.

JACK DEAL, and
ALPHA-OMEGA ENTERPRISES,

    Defendants.

## ORDER

O. Edward Schlatter, United States Magistrate Judge

    This is a breach of contract/negligent misrepresentation action arising under the court's diversity jurisdiction, 28 U.S.C. §1332. The matter before the court at this time is Defendants' Motion for Reconsideration of Order of January 5, 2007, . . . (Doc. #58), filed January 10, 2007. Defendants ask me to reconsider my order granting plaintiff until February 5, 2007 to serve his rebuttal forensic computer analyst expert, and, denying defendants' motion to strike portions of plaintiff's expert report.

    Defendants served their forensic computer analyst's export report on December 14, 2006 (Doc. #44). The Federal Rules of Civil Procedure generally allow thirty days to file a rebuttal expert report. *See* Fed.R.Civ.P. 26(a)(2)(C). Accordingly, I will grant defendants' motion for reconsideration and order plaintiff to file his rebuttal expert report on or before January 19, 2007.

    Defendants continue to argue that portions of plaintiff's C.P.A.'s rebuttal expert

report should be stricken because the report contains Mr. Vincent's calculations of plaintiff's damages, which were not addressed in the report of defendants' expert, John Rogers, C.P.A. Defendants argue that plaintiff should have designated Mr. Vincent as his damages expert; instead, plaintiff waited to receive the opinions of defendants' expert, then had Mr. Vincent rebut those opinions and offer new opinions on plaintiff's damages. Defendants complain that plaintiff has failed to comply with the Federal Rules of Civil Procedure, that plaintiff has received an unfair advantage, and that defendants have been prejudiced because their expert did not have an opportunity to address Mr. Vincent's new opinions.

Upon further consideration, I find that defendants' motion has some merit. Accordingly, it is

**ORDERED** that Defendants' Motion for Reconsideration of Order of January 5, 2007 . . . (Doc. #58), filed January 10, 2007 is **GRANTED, in part,** as follows:

Plaintiff shall file his rebuttal expert report (forensic computer analyst) **on or before January 19, 2007.**

Defendants may file a rebuttal expert report to the damages calculations in Mr. Vincent's report **on or before February 9, 2007**.

Defendants' motion is otherwise denied.

Dated January 11, 2007.

BY THE COURT:

s/ O, Edward Schlatter
O. EDWARD SCHLATTER
United States Magistrate Judge