**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00237-REB-PAC

JEFF PATRICK,

     Plaintiff,

v.

JACK DEAL, and
ALPHA-OMEGA ENTERPRISES,

     Defendants.

---

**MINUTE ORDER**[1]

---

The matter before the court is **Plaintiff's Motion to Reconsider Denial of Unopposed Motion for 10-Day Extension of Time to Respond to Defendants' Motion for Partial Summary Judgment** [#63], filed January 17, 2007.  The motion is **GRANTED**, and plaintiff shall have until **January 22, 2007**, in which to file his response to the motion for partial summary judgment.

Dated:  January 17, 2007

-------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.