**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00237-REB-PAC

JEFF PATRICK,

    Plaintiff,

v.

JACK DEAL, and
ALPHA-OMEGA ENTERPRISES,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulation for Dismissal With Prejudice** [#82], filed July 25, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal With Prejudice** [#82], filed July 25, 2007, is **APPROVED**;

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for August 3, 2007, is **VACATED**;

    4. That the jury trial set to commence August 13, 2007, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated July 25, 2007, at Denver, Colorado.

              **BY THE COURT:**

              **s/ Robert E. Blackburn**
              **Robert E. Blackburn**
              **United States District Judge**